# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LAWRENCE PAGE, | Case No. CV 13-1167-JVS (JEM) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| AMY MILLER, Warden, | |
| Respondent. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: April 27, 2015

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE